

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00136-CV

Ronnie **PACE**,
Appellant

v.

Chester B. **WHATLEY** and Alice Faye Whatley,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 10697B
Honorable Stephen B. Ables, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees Chester B. Whatley and Alice Faye Whatley recover their costs of this appeal from appellant Ronnie Pace.

SIGNED March 12, 2014.

_____
Marialyn Barnard, Justice